IN THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Michael Muir<br>And Bradley Stock<br>individually<br>and on behalf of all persons<br>similarly situated<br>as<br><br>members of the Collective as permitted<br>under the Fair Labor Standards Act;<br><br>Plaintiff,<br><br>vs.<br><br>Guardian Heating and Cooling Services, Inc.<br>And<br>Robert (Bob) Lange and Andrea Lange<br>as employers under the FLSA,<br>IMWL and IWPCA<br><br><br><br>Defendants. | CASE NO 16 CV 9755<br>The Honorable Harry D. Leinenweber.Magistrate Judge the Honorable Young B. Kim<br><br><br><br><br><br><br><br><br><br><br><br><br><br>**JURY TRIAL DEMANDED<br>ON ALL COUNTS** |

**PLAINTIFFS' MOTION FOR JUDGMENT**

NOW COMES, before this court, Plaintiffs by and through their counsel of record, John Ireland, and Moves this court to Enter an Order of the Court directing the Clerk of the Court to enter Judgment for Plaintiffs' Muir and Stock and in support of this Motion, the Plaintiff states as follows:

1. Plaintiffs filed this FLSA Complaint on 11/16/16. (See Docket Document # 65)

2. Defendants made an Offer of Judgment. (See Docket Document # 65).

3. Plaintiffs Muir and Stock accepted that Offer of Judgment within the allowed 14 day period the offer was valid. (Id).

4. Plaintiffs now ask the court to direct the clerk of the court to enter Judgment for Plaintiffs' Muir and Stock.

WHEREFORE, Plaintiffs Muir and Stock Move this court to Enter an Order of the Court directing the Clerk of the Court to enter Judgment for Plaintiffs' Muir and Stock.

Dated June 5, 2018

Respectfully Submitted,

By: _____/S/ John C. Ireland __

John C. Ireland
The Law Office of John C. Ireland
636 Spruce Street
South Elgin ILL   60177
630-464-9675
FACSIMILE 630-206-0889   Attorneyireland@gmail.com   Attorney Number 6283137