IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Michael Muir, Bradley Stock, Kevin Bronowicki and Mauricio Rubio, individually and on behalf of all persons similarly situated as members of the Collective as permitted under the Fair Labor Standards Act, <br><br> Plaintiffs, <br><br> vs. <br><br> Guardian Heating and Cooling Services, Inc., and Robert (Bob) Lange and Andrea Lange, as employers under the FLSA, IMWL and IWPCA, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) No.: 2016 CV 9755 ) ) Honorable Judge Harry D. Leinenweber ) Magistrate Judge Young B. Kim ) ) ) ) ) ) |

## **JUDGMENT ORDER**

This cause coming on to be heard by agreement of the parties, and pursuant to Rule 68 of the Federal Rules of Civil Procedure, wherein defendants have made an offer of Judgment of which the plaintiffs have accepted (DD#65 and #66) and therefore pursuant to Rule 68 of the Federal Rules of Civil Procedure, It is hereby ordered:

1. Judgment is entered for plaintiff, Michael Muir, and against the defendants, Guardian Heating and Cooling Services Inc., and Robert Lange and Andrea Lange, jointly and severally in the amount of $65,000.

2.  Judgment is entered for plaintiff, Bradley Stock, and against the defendants, Guardian Heating and Cooling Services Inc., and Robert Lange and Andrea Lange, jointly and severally in the amount of $35,000.

3.  The plaintiffs are awarded attorney's fees in the sum of $25,000 and the defendants, Guardian Heating and Cooling Services Inc., and Robert Lange and Andrea Lange, shall pay said sum to John C. Ireland.

4.  Clerk of the Court is directed to enter Judgment for Plaintiffs' as found in this Order.

Entered:

\_\_\_7-11_____, 2018
nunc pro tunc to 6/7/2018

_____
Judge