IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Michael Muir, Bradley Stock, Kevin Bronowicki and Mauricio Rubio, individually and on behalf of all persons similarly situated as members of the Collective as permitted under the Fair Labor Standards Act,<br>          Plaintiffs,<br>vs.<br>Guardian Heating and Cooling Services, Inc., and Robert (Bob) Lange and Andrea Lange, as employers under the FLSA, IMWL and IWPCA,<br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) No.: 2016 CV 9755<br>) Honorable Judge Harry D. Leinenweber<br>) Magistrate Judge Young B. Kim<br>)<br>)<br>)<br>) |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-entitled cause, through their respective attorneys, that said cause as to opt-in plaintiffs, Kevin Bronowicki and Mauricio Rubio, *only*, be dismissed with prejudice and without costs as all matters in controversy having been settled.

Dated: 7/11/18

John Ireland, attorney for plaintiffs

Dated: July 11, 2018

Robert A. Egan, attorney for defendants

**ROBERT A. EGAN**
**ROBERT A. EGAN, P.C.**
20 South Clark Street
Suite 2050
Chicago, Illinois 60603
(312) 263-2227
RAE@roberteganlaw.com; pleadings@roberteganlaw.com