

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Michael Muir, Bradley Stock, Kevin Bronowicki and Mauricio Rubio, individually and on behalf of all persons similarly situated as members of the Collective as permitted under the Fair Labor Standards Act, ) ) ) ) ) ) ) | |
| Plaintiffs, ) | ) No.: 2016 CV 9755 |
| vs. ) | ) Honorable Judge Harry D. Leinenweber ) Magistrate Judge Young B. Kim |
| Guardian Heating and Cooling Services, Inc., and Robert (Bob) Lange and Andrea Lange, as employers under the FLSA, IMWL and IWPCA, ) ) ) ) ) | |
| Defendants. ) | |

## MOTION TO DISMISS ACTION
## AS TO KEVIN BRONOWICKI AND MAURICIO RUBIO

Now come the Defendants, Guardian Heating and Cooling Services, Inc., Robert Lange and Andrea Lange, by and through their counsel, Robert A. Egan, and moves this Honorable Court to dismiss the claims of Kevin Bronowicki and Mauricio Rubio pursuant to settlement and Stipulation to Dismiss, by reason as follows:

1. The plaintiffs, Kevin Bronowicki and Mauricio Rubio have filed herein a Stipulation to Dismiss based upon settlement. (D#73)

2. That all matters in controversy have been resolved as to plaintiffs, Kevin Bronowicki and Mauricio Rubio.

Wherefore, Defendants, Guardian Heating and Cooling Services, Inc., Robert Lange and Andrea Lange, pray this Honorable Court dismiss pursuant to Stipulation the action as to plaintiffs, Kevin Bronowicki and Mauricio Rubio.

Respectfully submitted,

/s/ Robert A. Egan

**ROBERT A. EGAN**
**ROBERT A. EGAN, P.C.**
20 South Clark Street
Suite 2050
Chicago, Illinois 60603
(312) 263-2227
RAE@RobertEganLaw.com