IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Michael Muir, Bradley Stock, Kevin Bronowicki and Mauricio Rubio, individually and on behalf of all persons similarly situated as members of the Collective as permitted under the Fair Labor Standards Act, | ) ) ) ) ) ) ) |
| Plaintiffs, | ) No.: 2016 CV 9755 ) |
| vs. | ) Honorable Judge Harry D. Leinenweber ) Magistrate Judge Young B. Kim |
| Guardian Heating and Cooling Services, Inc., and Robert (Bob) Lange and Andrea Lange, as employers under the FLSA, IMWL and IWPCA, | ) ) ) ) ) |
| Defendants. | ) |

**MOTION TO DISMISS**
**COUNTERCLAIM**

Now come the Counter-Plaintiff, Guardian Heating and Cooling Services, Inc., by and through its counsel, Robert A. Egan, and moves this Honorable Court to dismiss the Counterclaim pursuant to Rule 41 of the Federal Rules of Civil Procedure, by reason as follows:

1. The Counter-Plaintiff, Guardian Heating and Cooling Services, Inc., has paid all the claims of the plaintiffs herein.

2. Counter-Plaintiff, Guardian Hearing and Cooling Services, Inc. is no longer desirous of pursuing the Counterclaim against Michael Muir and desires to voluntarily

dismiss same.

Wherefore, Counter-Plaintiff, Guardian Heating and Cooling Services, Inc., requests voluntary dismissal of the Counterclaim pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Respectfully submitted,

/s/ Robert A. Egan

**ROBERT A. EGAN**
**ROBERT A. EGAN, P.C.**
20 South Clark Street
Suite 2050
Chicago, Illinois 60603
(312) 263-2227
RAE@RobertEganLaw.com